UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SAF-HOLLAND, INC.,<br><br>　　Plaintiff,<br>v.<br><br>REYCO GRANNING, LLC,<br><br>　　Defendant. | Civil Action No. 1:16-cv-00907<br><br>Hon. Paul L. Maloney |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff SAF-Holland, Inc. (SAF-Holland) and Defendant Reyco Granning, LLC (Reyco) state that they have entered into a Settlement Agreement. Consequently, pursuant to Rule 41(a)(2), FED. R. CIV. P., SAF-Holland and Reyco hereby stipulate to dismissal with prejudice of all claims and counterclaims that were raised or could have been raised in this civil action, with each party bearing its own costs and attorney fees.

Dated: April 28, 2017

s/Matthew J. Gipson
Matthew J. Gipson (P60169)
**PRICE HENEVELD LLP**
695 Kenmoor, S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
616.949.9610
*Attorneys for SAF-Holland, Inc.*

s/Scott R. Murphy
Scott R. Murphy (P68015)
**BARNES & THORNBURG LLP**
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
*Attorneys for Reyco Granning, LLC*

　　IT IS SO ORDERED.

Dated:　April 28, 2017　　　　　　　　　　　／s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge